JAMES W. PENGILLY, ESQ.
Nevada Bar No. 6085
CRAIG D. SLATER, ESQ.
Nevada Bar No. 8667
ELIZABETH B. LOWELL, ESQ.
Nevada Bar No. 8551
**PENGILLY ROBBINS SLATER**
1755 Village Center Cir.
Las Vegas, NV 89134
*Attorneys for Creditor Horizon Mob 3007, LLC*

RECEIVED & FILED

AUG 1  3 36 PM 13

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

IN THE UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

****

| | |
|---|---|
| In re:<br><br>VISION PROPERTIES, INC. d/b/a<br>CENTURY 21 AADVANTAGE GOLD,<br><br>Debtor. | CASE NO.: BK-S-07-15394<br>Chapter 11<br><br>**MOTION TO WITHDRAW MONEY**<br><br>**UNDER 28 U.S.C. SECTION 2042** |

There was a dividend check in the amount of $16,058.14 in the above-named case issued to Horizon Mob 3007, LLC ("Claimant"). Said check having not been cashed by said payee, the Trustee, pursuant to 11 U.S.C. Section 347(a), delivered the unclaimed money to the Clerk, U.S. Bankruptcy Court.

Claimant is the creditor in whose behalf these moneys were deposited and is entitled to the moneys deposited.

Claimant is a Nevada limited liability company and is currently active and in good standing according to the website maintained by the Nevada Secretary of State **(Ex. A)**. Claimant's address

has been and continues to be the address listed on the Secretary of State website: 870 Seven Hills Dr., Ste. 201, Henderson, Nevada, 89052.

During the pendency of these bankruptcy proceedings, Claimant engaged Diana L. Sullivan, Esq., whose office was, at the time, located at 8861 W. Sahara Avenue, Suite 120, Las Vegas, Nevada, 89117. On January 30, 2008, Ms. Sullivan filed a Notice of Change of Address in this case (Doc. #102 (**Ex. B**) ) stating that her offices had moved and that her new office location and mailing address would be 930 S. Fourth St., Suite 210, Las Vegas, NV 89101. Later, in or around December of 2008, Ms. Sullivan filed a Motion to Withdraw as Counsel of Record for Creditor Horizon Mob 3007, LLC ("Motion to Withdraw"), asserting that the issues for which Claimant had required her assistance had been resolved. On December 22, 2008, the Court granted the Motion to Withdraw (Doc. #329 (**Ex. C**)) and ordered that "all pleadings, correspondence, and further proceedings in this action" be served on Claimant as its last known address: 870 Seven Hills Dr., Suite 201, Henderson, NV, 89052. Apparently through an oversight the check distributed to Claimant at the close of the bankruptcy proceedings was sent to Claimant's old attorney, Diana Sullivan, at her old address, 8861 W. Sahara. Because Claimant never received the check, it was never cashed, and the funds were included in the funds deposited with the Court pursuant to Rules 3010 and 3011 of the Bankruptcy on January 14, 2013 (Doc. #468 (**Ex. D**)).

Claimant respectfully requests that the Court issue an order pursuant to 28 U.S.C. Section 2042 directing payment to Claimant.

DATED this 31st day of July, 2013.

          **PENGILLY ROBBINS SLATER**

          /s/ Elizabeth B. Lowell
          JAMES W. PENGILLY, ESQ.
          Nevada Bar No. 6085
          CRAIG D. SLATER, ESQ.
          Nevada Bar No. 8667
          ELIZABETH B. LOWELL, ESQ.
          Nevada Bar No. 8551
          1755 Village Center Cir.
          Las Vegas, NV 89134
          *Attorneys for Horizon Mob 3007, LLC*

# EXHIBIT A

# HORIZON MOB 3007, LLC

**Business Entity Information**

| Status: | Active | File Date: | 3/16/2005 |
|---|---|---|---|
| Type: | Domestic Limited-Liability Company | Entity Number: | E0112792005-7 |
| Qualifying State: | NV | List of Officers Due: | 3/31/2014 |
| Managed By: | Managers | Expiration Date: | |
| NV Business ID: | NV20051279646 | Business License Exp: | 3/31/2014 |

**Registered Agent Information**

| Name: | HORIZON MOB 3007, LLC C/O MANAGER | Address 1: | 870 SEVEN HILLS DR., STE, 201 |
|---|---|---|---|
| Address 2: | | City: | HENDERSON |
| State: | NV | Zip Code: | 89052 |
| Phone: | | Fax: | |
| Mailing Address 1: | | Mailing Address 2: | |
| Mailing City: | | Mailing State: | NV |
| Mailing Zip Code: | | | |
| Agent Type: | Noncommercial Registered Agent | | |

**Officers**    ☐ Include Inactive Officers

| Manager - GARY FREY | | | |
|---|---|---|---|
| Address 1: | 870 SEVEN HILLS DRIVE STE 201 | Address 2: | |
| City: | HENDERSON | State: | NV |
| Zip Code: | 89052 | Country: | USA |
| Status: | Active | Email: | |

**Actions\Amendments**

| Action Type: | Articles of Organization | | |
|---|---|---|---|
| Document Number: | 20050064542-18 | # of Pages: | 2 |
| File Date: | 3/16/2005 | Effective Date: | |
| (No notes for this action) | | | |
| Action Type: | Initial List | | |
| Document Number: | 20050143518-99 | # of Pages: | 1 |
| File Date: | 4/20/2005 | Effective Date: | |
| (No notes for this action) | | | |
| Action Type: | Annual List | | |

| Document Number: | 20060199855-65 | # of Pages: | 1 |
|---|---|---|---|
| File Date: | 3/29/2006 | Effective Date: | |
| (No notes for this action) | | | |
| Action Type: | Amendment | | |
| Document Number: | 20060362621-18 | # of Pages: | 1 |
| File Date: | 6/6/2006 | Effective Date: | |
| (No notes for this action) | | | |
| Action Type: | Annual List | | |
| Document Number: | 20070226122-14 | # of Pages: | 1 |
| File Date: | 3/28/2007 | Effective Date: | |
| 07-08 | | | |
| Action Type: | Annual List | | |
| Document Number: | 20080199841-42 | # of Pages: | 1 |
| File Date: | 3/21/2008 | Effective Date: | |
| (No notes for this action) | | | |
| Action Type: | Annual List | | |
| Document Number: | 20090294080-74 | # of Pages: | 1 |
| File Date: | 3/26/2009 | Effective Date: | |
| (No notes for this action) | | | |
| Action Type: | Registered Agent Change | | |
| Document Number: | 20090314533-90 | # of Pages: | 1 |
| File Date: | 3/27/2009 | Effective Date: | |
| 1FSC VIA EMAIL 4/7/09 FAB | | | |
| Action Type: | Annual List | | |
| Document Number: | 20100148886-58 | # of Pages: | 1 |
| File Date: | 3/10/2010 | Effective Date: | |
| (No notes for this action) | | | |
| Action Type: | Annual List | | |
| Document Number: | 20110180033-49 | # of Pages: | 1 |
| File Date: | 3/10/2011 | Effective Date: | |
| (No notes for this action) | | | |
| Action Type: | Annual List | | |
| Document Number: | 20120102904-61 | # of Pages: | 1 |
| File Date: | 2/14/2012 | Effective Date: | |
| (No notes for this action) | | | |
| Action Type: | Annual List | | |
| Document Number: | 20130270319-48 | # of Pages: | 1 |
| File Date: | 4/24/2013 | Effective Date: | |
| (No notes for this action) | | | |

# EXHIBIT B

| | |
|---|---|
| 1  DIANA L. SULLIVAN, ESQ.<br>   Nevada Bar # 4701<br>2  GHANEM & SULLIVAN, LLP<br>   930 South Fourth Street, Suite 210<br>3  Las Vegas, NV 89101<br>   Telephone: (702) 862-4450<br>4  Facsimile: (702) 862-4422<br>   DSullivan@gs-lawyers.com<br>5  *Attorneys For*<br>   *Horizon MOB 3007, LLC* | E-FILED ON: JANUARY 30, 2008 |

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>VISION PROPERTIES, INC. d/b/a<br>CENTURY 21 AADVANTAGE GOLD,<br><br>DEBTOR. | Case No.: BK-07-15394-BAM<br>Chapter 11<br><br>**NOTICE OF CHANGE OF ADDRESS** |

TO: ALL INTERESTED PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Diana L. Sullivan, Esq. and Elizabeth M. Ghanem, Esq. of the law offices of GHANEM & SULLIVAN, LLP, previously located at 8861 West Sahara Avenue, Suite 120, Las Vegas, Nevada, 89117 have relocated, and effective immediately, service of all pleadings, notices and other documents should be forwarded to the following address:

. . .

. . .

. . .

-1-

GHANEM & SULLIVAN, LLP
930 South Fourth Street, Ste. 210
Las Vegas, Nevada 89101
Telephone: (702) 862-4450
Facsimile: (702) 862-4422

DATED this 17th day of January, 2008.

        GHANEM & SULLIVAN, LLP


        By /s/ Diana L. Sullivan
           DIANA L. SULLIVAN, ESQ.
           Nevada Bar #4701
           930 South Fourth Street, Ste. 210
           Las Vegas, NV 89101
           *Attorneys For Horizon MOB 3007, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I am an employee of Ghanem & Sullivan, LLP, and that on the 30th day of January, 2008, I served a true and correct copy of the **NOTICE OF CHANGE OF ADDRESS** by depositing a true and correct copy of the same in the United States mail, postage prepaid, upon the party(ies) and the addresses listed below:

Horizon MOB, 3007, LLC
870 Seven Hills Drive, #201
Henderson, Nevada 89052


*(See Attached List)*

        /s/ Jennifer Clark
        an employee of GHANEM & SULLIVAN, LLP

## Service List

Simmons, M.P.
7371 Prairie Falcon Rd., Ste. 120
Las Vegas, NV 89128

Alan Rapport
c/o Beckley Singleton
530 Las Vegas Blvd. South
Las Vegas, NV 89101

Century 21 Real Estate Corporation
1 Campus Drive
Parsippany, NJ 07054-4407

Clarence Brown
c/o Reade & Associates
4560 S. Decatur Blvd., Ste. 201
Las Vegas, NV 89103-5252

Cox Communications
P.O. Box 6059
Cypress, CA 90630-0059

Embarq-Yellow Pages
R.H. Donnelley
8700 Innovation Way
Chicago, IL 60682-0084

Farmers
Payment Processing Center
P.O. Box 894731
Los Angeles, CA 90189-4731

Century 21 Real Estate, LLC
c/o Forman, Holt & Eliades, LLC
218 Route 17 North
Rochelle Park, NJ 07662-3399

Vision Properties, Inc.
5041 N. Rainbow Blvd.
Las Vegas, NV 89130-1603

Aqua Chill
P.O. Box 24742
Tempe, AZ 85285-4742

Century 21 Real Estate, LLC
4655 Collections Center Drive
Chicago, IL 60693-0046

Clark County Assessor
c/o Bankruptcy Clerk
500 S. Grand Central Pkwy.
Las Vegas, NV 89106

G.M.A.C.
P.O. Box 130424
Roseville, MN 55113-0004

Green Valley Associates
c/o Leland Lufty, Chtd.
615 South Seventh Street
Las Vegas, NV 89101

(p) International Revenue Service
Centralized Insolvency Operations
P.O. Box 21126
Philadelphia, PA 19114-0326

Realogy Corp.
c/o Janet L. Chubb, Esq.
JONES VARGAS
100 W. Liberty St., 12th Floor
Reno, NV 89504-0281

United States Bankruptcy Court
300 Las Vegas Blvd South
Las Vegas, NV 89101-5833

Blackbush Family Trust
c/o Black & Lobello
10777 W. Twain Avenue, Ste. 300
Las Vegas, NV 89135-3038

Charles E. Weiner
2404 La Solana Way
Las Vegas, NV 89102-6106

Clark County Treasurer
c/o Bankruptcy Clerk
P.O. Box 551220
Las Vegas, NV 89155-1220

Department Employment &
Training & Rehabilitation
Employment Security Division
500 East Third St.
Carson City, NV 89713-0002

Embarq
P.O. Box 9001948
Louisville, KY 40290-1948

Jeremy Fredrickson
c/o Kurth Law Office
P.O. Box 42816
Las Vegas, NV 89116-0816

Jarold Nece
c/o Jason G. Landess, Esq.
7054 Big Springs Court
Las Vegas, NV 89113-1379

Kristal Simonetti & Joseph Klagues
c/o Neil J. Beller, Esq.
7408 W. Sahara Avenue
Las Vegas, NV 89117-2740

Mele Pono Holding Company
c/o McDonald Carano Wilson, LLP
2300 W. Sahara Avenue, Ste. 1000
Las Vegas, NV 89102-4396

Nevada Department of Taxation
Bankruptcy Section
555 E. Washington Ave., Ste. 1300
Las Vegas, NV 89101-1046

Riverton Park, LLC
c/o Sylvester & Polednak, LTD.
7371 Prairie Falcon Rd., Ste. 120
Las Vegas, NV 89128

Rodney Johnson
5041 N. Rainbow Blvd.
Las Vegas, NV 89130-1603

Tee Me Up Again Investments, LLC
c/o Sylvester & Polednak, LTD.
7371 Prairie Falcon Rd., Ste. 120
Las Vegas, NV 89128

Xerox Capital Services, LLC
Xerox Corporation
P.O. Box 7413
Pasadena, CA 91109-7413

Jimmy Dague
5041 N. Rainbow Blvd.
Las Vegas, NV 89130-1603

D.H.L. Express
P.O. Box 60000-File 30692
San Francisco, CA 94160-0001

Ellen Heaston
5041 N. Rainbow Blvd.
Las Vegas, NV 89130

Lewis Maldonado
US EPA Region 9 Bankruptcy
75 Hawthorne St.
San Francisco, CA 94105-3920

Mesquite Plaza # 752
c/o The Merrills Company
5850 Canoga Ave., Ste. 650
Woodland Hills, CA 91367-6573

Principal Financial Group
8483 N. Millbrook Ave., Ste. 110
Fresno, CA

Secretary of State
Corporations Division
202 North Carson Street
Carson City, NV 89701-4201

Southwest Gas Corporation
P.O. Box 98890
Las Vegas, NV 89150-0101

State of Nevada
Department of Motor Vehicles
Attn: Legal Division
555 Wright Way
Carson City, NV 89711-0001

David K. Winter, Esq.
P.O. Box 12397
Zephyr Cove, NV 89448

Joseph Simonetti
c/o Neil J. Beller, Esq.
7408 W. Sahara Avenue
Las Vegas, NV 89117-2740

M. W. Schofield
Clark County Assessor
P.O. Box 551401
Las Vegas, NV 89155-1401

Mike Brelsford
5041 N. Rainbow Blvd.
Las Vegas, NV 89130

Sperry Van Ness
7250 Peak Drive. Suite 110
Las Vegas, NV 89128-9028

Sunshine Holding Company, LLC
1023 Whitney Ranch Drive
Henderson, NV 89014-3037

U.S. Trustee – LV -11
300 Las Vegas Blvd S., Ste. 4300
Las Vegas, NV 89101-5803

### ###

# EXHIBIT C

Entered on Docket
December 22, 2008

Hon. Bruce A. Markell
United States Bankruptcy Judge

DIANA L. SULLIVAN, ESQ.
Nevada Bar # 4701
GHANEM & SULLIVAN, LLP
930 South Fourth Street, Suite 210
Las Vegas, NV 89101
Telephone: (702) 862-4450
Facsimile: (702) 862-4422
DSullivan@gs-lawyers.com
*Attorneys For*
*Horizon MOB 3007, LLC*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>VISION PROPERTIES, INC. d/b/a<br>CENTURY 21 AADVANTAGE GOLD,<br><br>DEBTOR. | Case No.: BK-07-15394-BAM<br>Chapter 11<br><br>**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR CREDITOR HORIZON MOB 3007, LLC**<br><br>Hearing Date: December 18, 2008<br>Hearing Time: 9:30 a.m. |

**THIS MATTER HAVING COME ON** for hearing on the 18th day of December 2008 at 9:30 a.m. upon the motion of Diana L. Sullivan, Esq.; no parties appearing in opposition; and the Court being well and sufficiently advised as to all matters thereto Order as follows:

////

////

////

1. **IT IS HEREBY ORDERED** that The Motion to Withdraw as Counsel of Record for Creditor Horizon MOB 3007, LLC is hereby GRANTED.

2. **IT IS FURTHER ORDERED** that all parties to this action shall serve Creditor Horizon MOB 3007, LLC with all pleadings, correspondence, and further proceedings in this action at its last known addresses as follows:

> Horizon MOB 3007, LLC
> 870 Seven Hills Drive, Suite 201
> Henderson, Nevada 89052
> Telephone: (702) 451-0820

**IT IS SO ORDEDRED.**

**PREPARED AND SUBMITTED BY:**

GHANEM & SULLIVAN, LLP

*/s/ Diana L. Sullivan*
DIANA L. SULLIVAN, ESQ.
Nevada Bar # 4701
930 South Fourth Street, Suite 210
Las Vegas, Nevada 89101

###

**EXHIBIT D**

| | |
|---|---|
| JAMES F. LISOWSKI, SR.,<br>Panel Bankruptcy Trustee<br>Nevada Bar No.: 4321<br>P.O. Box 95695<br>Las Vegas, NV 89193<br>(702) 737-6111 | RECEIVED & FILED (mag)<br><br>JAN 23  11 03 AM '13<br><br>U.S BANKRUPTCY COURT<br>MARY SCHOTT, CLERK |

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>VISIONS PROPERTIES, INC.<br><br>dba CENTURY 21 AADVANTAGE GOLD<br><br>Address:<br>5041 N. RAINBOW BLVD.<br>LAS VEGAS, NV 89130 | CASE NO.: BK-S-07-15394 BAM<br>Chapter 7 -- Liquidation<br><br><br><br><br><br>Hearing Date: N/A<br>Hearing Time: N/A |

TO: Clerk, United States Bankruptcy Court

FROM: James F. Lisowski, Sr., Trustee

Pursuant to Rules 3010 and 3011, of the Bankruptcy Rules, the following unclaimed funds are being forwarded to you to be deposited in the registry of the United States Bankruptcy Court. These funds can be withdrawn as provided in Chapter 129, Title 28 2042.

| Claim No. | Creditor<br>Name / Address | Dividend |
|---|---|---|
| 21 | M.W. SCHOFIELD<br>CLARK COUNTY ASSESSOR, P.O. BOX 551401<br>LAS VEGAS, NV 89155-1401 | 3,897.81 |
| 6U | HORIZON MOB 3007, LLC<br>C/O DIANA L. SULLIVAN, ESQ., 8861 W. SAHARA AVENUE, SUITE 120<br>LAS VEGAS, NV 89117 | 16,058.14 |
| 15 | INTERNAL REVENUE SERVICE<br>ATTN: BANKRUPTCY UNIT, 110 CITY PKWY STOP 5028 | 90.91 |
| 17 | CENTRAL TELEPHONE COMPANY<br>D/B/A EMBARQ - NEVADA, PO BOX 872967<br>KANSAS CITY, MO 64187-2967 | 7.94 |
| | TOTAL: $ | 20,054.80 |

Dated: 1/14/13

_____
James F. Lisowski, Sr., Trustee

NOTE: Claims that are $25.00 or less go into CAS 106000. Claims that are more than $25.00 go into CAS 613300. The amounts that are to be deposited into the registry can be written on one check.

Receipt # 211534    $20,054.80